**Opinion issued February 11, 2020**



In The

# Court of Appeals

### For The

# First District of Texas

_____

### NO. 01-19-00711-CV

_____

## IN RE SOUTHWESTERN ENERGY COMPANY, ET AL., Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators, Southwestern Energy Company, et al., have filed a petition for a writ of mandamus challenging the trial court's denial of their motion to dismiss the putative class action brought by real party in interest, St. Lucie County Fire District Firefighters' Pension Trust, individually and on behalf of all others similarly situated.[1] We deny the petition. We dismiss all pending motions as moot.

---

[1] The underlying case is *St. Lucie County Fire District Firefighters' Pension Trust, individually and on behalf of all others similarly situated v. Southwestern Energy*

**PER CURIAM**

Panel consists of Justices Keyes, Landau, and Countiss.

---

*Company, et al.*, cause no. 2016–70651, pending in the 61st District Court of Harris County, Texas, the Honorable Fredericka Phillips presiding.